IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01759-WYD-PAC

JEAN MANSON and
YOM MANSON,

    Plaintiffs,

v.

AM-GARD, INC., a foreign corporation;
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA INTERNATIONAL UNION; and
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL #50,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Joint Motion for Leave to Plead, Move or Otherwise Answer the Plaintiffs' Complaint [# 3], filed on September 11, 2006, which requests an extension to and including September 27, 2006, is **GRANTED**.

    The parties are advised to consult D.C.COLO.LCivR 10.1 regarding the format of papers presented for filing.

    Dated:  September 12, 2006