IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01759-WYD-PAC

JEAN MANSON and
YOM MANSON,

     Plaintiffs,

v.

AM-GARD, INC., a foreign corporation;
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA INTERNATIONAL UNION; and
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL #50,

     Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Defendants', United Government Security Officers of America, International Union, and its Local 50's Motion to Dismiss and, In the Alternative, Motion for Summary Judgment filed on September 27, 2006 [#8]. Attached to the motion is the Affidavit of James Carney.  Pursuant to the Federal Rules, if a court does not exclude the matters presented that are outside the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment.  Fed. R. Civ. P. 12(b); <u>Lucero v. Gunter</u>, 52 F.3d 874, 877 (10th Cir. 1995).

The Court finds that it is appropriate to consider matters outside of the pleadings in resolving Defendants' motion.  Accordingly, notice is hereby given that Defendants' Motion to Dismiss shall be treated by the Court as a Motion for Summary Judgment.

In conclusion, it is

ORDERED that Defendants', United Government Security Officers of America, International Union, and its Local 50's Motion to Dismiss and, In the Alternative, Motion for Summary Judgment filed on September 27, 2006 [#8], is converted to a Motion for Summary Judgment.

Dated:  October 4, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge