IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01759-WYD-PAC

JEAN MANSON and
YOM MANSON,

    Plaintiffs,

v.

AM-GARD, INC., a foreign corporation;
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA INTERNATIONAL UNION; and
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL #50,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to Amend Complaint pursuant to Fed. R. Civ. P. 15(a) [# 15], filed October 16, 2006, is **GRANTED**.  It is

    ORDERED that Plaintiffs are granted leave to file their first Amended Complaint.

Dated:  October 17, 2006