IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01759-WYD-PAC

JEAN MANSON,  and
YOM MANSON,

     Plaintiff(s),

v.

AM-GARD, INC., a foreign corporation,
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA INTERNATIONAL UNION,
and
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL #50,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiffs' Request for Leave to Participate Telephonically [filed December 7, 2006; Doc. No. 35] is **GRANTED** as follows:

     Counsel for both plaintiff's and defendants may participate by telephone by initiating a conference call to the Court at: 303-844-4892 on **January 17, 2007 at 9:00 a.m.** Mountain Time.

Dated:  December 11, 2006